ASHLEY v. DELP

No. 432P85.

Case below: 75 N.C. App. 363.

Petition by respondent (Hobert Delp) for discretionary review under G.S. 7A-31 denied 19 September 1985.

BEASLEY v. NATIONAL SAVINGS LIFE INS. CO.

No. 395PA85.

Case below: 75 N.C. App. 104.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 19 September 1985.

BJORNSSON v. MIZE

No. 483P85.

Case below: 75 N.C. App. 289.

Petition by defendants (Mize) for discretionary review under G.S. 7A-31 denied 19 September 1985.

BROWER v. ROBERT CHAPPELL & ASSOC., INC.

No. 281P85.

Case below: 74 N.C. App. 317.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 19 September 1985.

CAVENAUGH v. CAVENAUGH

No. 180PA85.

Case below: 73 N.C. App. 179.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 19 September 1985.